Matter of Reich (2025 NY Slip Op 07072)

Matter of Reich

2025 NY Slip Op 07072

Decided on December 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 18, 2025

PM-284-25
[*1]In the Matter of Perry S. Reich, a Disbarred Attorney. (Attorney Registration No. 1088582.)

Calendar Date:October 20, 2025 

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, Lynch and Mackey, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Eric Nelson, Esq., Staten Island (Eric Nelson of counsel), for respondent.

Motion by respondent, returnable October 20, 2025, for leave to renew (see CPLR 2221 [e]) respondent's prior motion for reinstatement to the practice of law (see Matter of Reich, 32 AD3d 1106 [3d Dept 2006], reinstatement denied 184 AD3d 1002 [3d Dept 2020]).
Now, upon reading and filing the notice of motion and affirmation (see CPLR 2106)with exhibits of respondent sworn to September 12, 2025, upon reading and filing the affirmation in opposition with exhibits of Michael K. Creaser dated October 16, 2025, and upon reading and filing the reply affirmation of Eric Nelson with exhibit dated October 29, 2025, and supplemental reply affirmation of Eric Nelson with exhibit dated November 2, 2025, and having determined that respondent has not offered new facts that would change the prior determination, it is
ORDERED that respondent's motion is denied.
Garry, P.J., Aarons, Reynolds Fitzgerald, Lynch and Mackey, JJ., concur.